UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Kowalok, | ) | CASE NO. 4:25CV2161 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| ARB Gaming, LLC | ) | AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 24, 2026, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 27) recommending that the Court grant Defendant's motion to compel individual arbitration and stay these proceedings (Doc. 16).

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation related to a dispositive motion within fourteen (14) days after service. No objections were filed within that time frame. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. Defendant's motion to compel individual arbitration (Doc. 16) is GRANTED. This matter is hereby STAYED pending the completion of arbitration. Plaintiffs shall file status reports every

90 days detailing the status of arbitration.  If no report is filed, this matter will be dismissed for

want of prosecution.

     IT IS SO ORDERED.

Dated:  <u>May 15, 2026</u>                                       <u>*/s/ John R. Adams*</u>
                                                 JOHN R. ADAMS
                                               UNITED STATES DISTRICT JUDGE