**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MICHAEL KOWALOK, individually, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ARB GAMING, LLC d/b/a MODO.<br><br>*Defendant*. | Case No. 4:25-cv-02161<br><br>Honorable John R. Adams |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michael Kowalok ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, individually, are hereby dismissed without prejudice.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.
3. No answer or motion for summary judgement has been filed by Defendant.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Edwin E. Elliott*
Edwin E. Elliott
**SHAMIS & GENTILE P.A.**
14 N.E. 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
Fax: (786) 623-0915
edwine@shamisgentile.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

By: */s/ Edwin Elliott*
Edwin Elliott